THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INSIDETX, INC., a Texas corporation, on behalf of itself and all others similarly situated; MAJOR UPSET PRODUCTIONS, INC., a California corporation, on behalf of itself and all others similarly situated; OUINSIDER.COM, an Oklahoma general partnership, on behalf of itself and all others similarly situated; and TROJAN SPORTS PUBLISHING, LLC, a California limited liability company, on behalf of itself and all others similarly situated;<br><br>        Plaintiffs,<br><br>        v.<br><br>SCOUT MEDIA, INC., a Washington corporation; FOX INTERACTIVE MEDIA, INC., a California corporation; PATRICK CRUMB; JAMES HECKMAN; BRIAN KOSAR; and JOE ROBINSON;<br><br>        Defendants. | Case No. C07-0737M<br><br>**STIPULATION AND ORDER UNSEALING DOCUMENTS** |

## **STIPULATION**

On November 14, 2008, this Court entered an Order [dkt. no. 45] granting an unopposed motion to file certain documents under seal. Pursuant to the November 14 Order, Plaintiffs filed under seal a Motion Of Plaintiffs For Preliminary Approval Of Class Settlement

STIPULATION AND ORDER UNSEALING
DOCUMENTS - 1
CASE NOS.

(the "Preliminary Approval Motion") [dkt. no. 46] and a (Corrected) Motion Of Plaintiffs For Preliminary Approval Of Class Settlement (the "Corrected Preliminary Approval Motion") [dkt. no. 47], and this Court entered under seal an Order Granting Motion Of Plaintiffs For Preliminary Approval Of Class Settlement (the "Preliminary Approval Order") [dkt. no. 48]. Counsel for Plaintiffs and Defendants have met and conferred and now stipulate to unsealing the Preliminary Approval Motion, the Corrected Preliminary Approval Motion, and the Preliminary Approval Order.

**IT IS SO STIPULATED AND AGREED TO BY:**

DATED this 5th day of February, 2009.   DLA PIPER US LLP

s/ Christopher M. Huck

Stellman Keehnel, WSBA No. 9309
Brian D. Buckley, WSBA No. 26423
Christopher M. Huck, WSBA No. 34104
R. Omar Riojas, WSBA No. 35400

701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Telephone: (206) 839-4800
Facsimile: (206) 839-4801
E-mail: stellman.keehnel@dlapiper.com
E-mail: brian.buckley@dlapiper.com
E-mail: christopher.huck@dlapiper.com
E-Mail: omar.riojas@dlapiper.com

Attorneys for Defendants

DATED this 5th day of February, 2009.     FARUKI IRELAND & COX

<div style="margin-left: 3em;">

s/ Jeffrey S. Sharkey
signature approved via e-mail 10/26/07
D. Jeffrey Ireland, *admitted pro hac vice*
Jeffrey S. Sharkey, *admitted pro hac vice*
Brian D. Wright, *admitted pro hac vice*
10 N. Ludlow Street, Suite 500
Dayton, Ohio  45402
Phone: (937) 227-3747
Facsimile: (937) 227-3717
E-mail:  djireland@ficlaw.com
E-mail:  jsharkey@ficlaw.com
E-mail:  bwright@ficlaw.com

GORDON TILDEN THOMAS & CORDELL LLP
Jeffrey M. Thomas, WSBA No. 21175
1001 Fourth Avenue, Suite 4000
Seattle, Washington  98154
Phone: (206) 467-6477
Facsimile: (206) 467-6292
E-mail:  jthomas@gordontilden.com

Attorneys for Plaintiffs

</div>

## ORDER

THIS MATTER having come before the Court on the stipulation of the parties, the Court **GRANTS** the stipulated relief requested. **IT IS SO ORDERED**. The Motion Of Plaintiffs For Preliminary Approval Of Class Settlement [dkt. no. 46], the (Corrected) Motion Of Plaintiffs For Preliminary Approval Of Class Settlement [dkt. no. 47], and the Order Granting Motion Of Plaintiffs For Preliminary Approval Of Class Settlement (the "Preliminary Approval Order") [dkt. no. 48] shall be unsealed.

DATED this 5th day of February, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE